

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Christopher Pelletier v. The State of Texas

Appellate case number:    01-21-00425-CR, 01-21-00430-CR

Trial court case number:  20CR1225, 21CR1166

Trial court:              10th District Court of Galveston County

Appellant Christopher Pelletier filed a motion for extension of time in which to file his appellate brief, seeking an extension of 120 days. Appellant's motion is **granted in part.** Appellant's brief is due **March 21, 2022.**

Appellant is instructed that all future filings must be served on all parties pursuant to Texas Rules of Appellate Procedure 9.5(a) and (b) and must include a certificate of service pursuant to Texas Rules of Appellate Procedure 9.5(d) and (e).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date: January 4, 2022